**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THERESA LOMAS,**

      **Plaintiff,**

v.                                                         Case No: 6:22-cv-679-PGB-DCI

**HEALTH INSURANCE**
**ASSOCIATES LLC,**

      **Defendant.**

_____

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, I certify that the instant action:

_____   IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__   IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: April 21, 2022                 */s/ Avi R. Kaufman*
                                          Avi R. Kaufman (FL Bar no. 84382)*
                                          kaufman@kaufmanpa.com
                                          Rachel E. Kaufman (FL Bar no. 87406)
                                          rachel@kaufmanpa.com
                                          KAUFMAN P.A.
                                          237 South Dixie Highway, 4th Floor
                                          Coral Gables, FL 33133
                                          Telephone: (305) 469-5881
                                          *Trial Counsel
                                          Counsel for Plaintiff and the putative Class