UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| THERA LOMAS, individually and on behalf of all others similarly situated. <br><br> Plaintiff, <br> v. <br> HEALTH INSURANCE ASSOCIATES LLC. <br><br> Defendant. | Case No.: 6:22-cv-00679 |

**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE**

Defendant, Health Insurance Associates LLC., by and through its undersigned counsel, responds to the Court's Order to Show Cause as follows:

Undersigned counsel responds to this Court as to why the Certificate of Interested Persons and Corporate Disclosure Statement was not filed by Defendant by May 26, 2022, which is 14 days following its appearance in this matter. Undersigned counsel, who well knows and appreciates the U.S. District Court of the Middle District of Florida's need for strict compliance with its rules, has been intimately involved in an unusually complex and time-consuming case (*In Re: Champlain Towers South Collapse*, Miami-Dade County, Florida), whereas undersigned counsel relied to her detriment on office calendaring of Court deadlines. It is unusual for undersigned counsel to rely on such calendaring, and due to being late on the current filing, will not do so again. Counsel humbly asks

1

that the Court not sanction such conduct which, as seen by more than two decades of appearing before the Middle District and has never missed a Court deadline, is an aberration of counsel's practice before this Court.

Dated: June 1, 2022

        Respectfully submitted,

        MOUND COTTON WOLLAN & GREENGRASS

        By: */s/Wendy Stein Fulton*
        Wendy Stein Fulton (Fla. Bar No. 389552)
        Lead Trial Counsel

        wsteinfulton@moundcotton.com
        110 East Broward Boulevard, Suite 610
        Fort Lauderdale, FL 33301
        Tel. (954) 467-5800
        Fax (954) 467-5880

        *Counsel for Defendant,*
        *Health Insurance Associates LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Avi R. Kaufman, Esq.

2

KAUFMAN P.A.
kaufman@kaufmanpa.com
Rachel Kaufman, Esq.
Rachel@kaufmanpa.com
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: 305-469-5881

*Counsel for the Plaintiff,
Theresa Lomas*

By:     */s/Wendy Stein Fulton*
            Wendy Stein Fulton, Esq.
            (Fla. Bar No. 389552)
            wsteinfulton@moundcotton.com