UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THERESA LOMAS,

    Plaintiffs,

v.                                                    Case No. 6:22-CV-00679-PGB-DCI
                                                                   LEAD CASE

HEALTH INSURANCE ASSOCIATES
LLC,

    Defendants.


ROBIN TAYLOR,

    Plaintiffs,

v.                                                    Case No. 6:22-CV-01564-PGB-DAB

HEALTH INSURANCE ASSOCIATES
LLC,

    Defendants.

_____

## NOTICE OF SETTLEMENT

    Plaintiffs Lomas and Taylor hereby notify the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents. Plaintiff will file the

Settlement Agreement and related documents with the Court as part of a Motion for Preliminary Approval within 20 days.

Based on the foregoing, the parties respectfully request that all current deadlines be suspended pending the filing of the proposed Settlement Agreement.

Dated: February 10, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　／s/ Avi Kaufman　　　　　　
　　　　　　　　　　　　　　　　　　　Avi R. Kaufman (FL Bar no. 84382)
　　　　　　　　　　　　　　　　　　　kaufman@kaufmanpa.com
　　　　　　　　　　　　　　　　　　　Rachel E. Kaufman (FL Bar no. 87406)
　　　　　　　　　　　　　　　　　　　rachel@kaufmanpa.com
　　　　　　　　　　　　　　　　　　　KAUFMAN P.A.
　　　　　　　　　　　　　　　　　　　237 S. Dixie Hwy, 4th Floor
　　　　　　　　　　　　　　　　　　　Coral Gables, FL 33133
　　　　　　　　　　　　　　　　　　　Telephone: (305) 469-5881

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　　　　　　／s/ Avi R. Kaufman